# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LAVION NELSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SERGEANT M. BOOZER, et al.,<br><br>　　　　Defendant. | No. CV 08-4966-PSG (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

　　　　Pursuant 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Magistrate Judge's Report and Recommendation. The Court agrees with the recommendation of the Magistrate Judge.

　　　　IT IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute.

DATED: 7/15/10

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE