# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LAVION NELSON,<br><br>    Plaintiff,<br><br>v.<br><br>SERGEANT M. BOOZER, et al.,<br><br>    Defendants, | No. CV 08-4966-PSG (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: 7/15/10

PHILLIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE